IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00974-BNB

MAEGHAN DODGE, also known as
ANNE LAWLOR,

    Plaintiff,

v.

LARRY REID,
LISA HAGER,
STEVE OWENS, and
JEANEENE MILLER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2008

GREGORY C. LANGHAM
                CLERK

## ORDER DISMISSING CASE

Plaintiff, Maeghan Dodge, also known as Anne Lawlor, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the La Vista Correctional Facility in Pueblo, Colorado. Ms. Dodge filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993), alleging that her rights under the United States Constitution have been violated. She was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

On July 22, 2008, Magistrate Judge Boyd N. Boland ordered Ms. Dodge to show cause within thirty days why the complaint and action should not be dismissed as frivolous or malicious because she has initiated three lawsuits stemming from her alleged sexual assault by James Fringer, a DOC correctional officer: the instant lawsuit initiated on May 12, 2008; *Dodge v. Zavaras*, No. 08-cv-01436-BNB (D. Colo. filed July

10, 2008), in which she is represented by Colorado Springs, Colorado, counsel; and *Dodge v. Colorado*, No. 08-cv-01455-BNB (D. Colo. filed July 11, 2008), in which she is represented by Denver counsel. On August 12, 2008, Ms. Dodge filed *pro se* a motion to withdraw without prejudice the instant action. In the motion to withdraw, Ms. Dodge also asks to dismiss voluntarily No. 08-cv-01455-BNB. The request will be denied. To dismiss voluntarily No. 08-cv-01455-BNB, Ms. Dodge must file a separate request in that action.

The Court must construe the motion to withdraw liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will construe the motion to withdraw liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion to withdraw that Plaintiff, Maeghan Dodge, submitted to and filed with the Court on August 12, 2008, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of August 12, 2008, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice. It is

FURTHER ORDERED that to the extent Ms. Dodge also asks to dismiss voluntarily *Dodge v. Colorado*, No. 08-cv-01455-BNB (D. Colo. filed July 11, 2008), the request is denied for the reasons stated in this order.

DATED at Denver, Colorado, this 15 day of August, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00974-BNB

Meaghan Anne Dodge
a/k/a Anne Lawlor
Prisoner No. 123998
La Vista Corr. Facility
1401 W. 17th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/16/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk